UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN T. WILLIAMS,<br><br>   Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | Case No.: 3:20-CV-00019-RCJ-CLB<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 4) |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin (ECF No. 4[1]) entered on May 4, 2020, recommending that the Court grant (ECF No. 1) and the Complaint be dismissed without prejudice and the motion for appointment of counsel (ECF No. 3) be denied as moot. No objection to the Report and Recommendation has been filed.

This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

1

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that Magistrate Judge Baldwin's Report and Recommendation (ECF No. 4) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 1) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file Plaintiff's Complaint (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the Motion for Appointment of Counsel (ECF No. 3) is **DENIED as MOOT.**

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

**IT IS SO ORDERED**.

Dated this 9th day of July, 2020.

_____
ROBERT C. JONES
United States District Judge